IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL CRAIG MITCHELL, on behalf of himself and others similarly situated,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**AEROTEK, INC.,**<br><br>    **Defendant.** | **Case No.  14-CV-03691 (WMN)** |

## ORDER

Upon consideration of Defendants' Consent Motion to Extend Time to Respond to Complaint, and for good cause shown, it is hereby:

ORDERED, that Defendants' Consent Motion to Extend Time to Respond to Complaint is GRANTED, and it is further,

ORDERED, that Defendants' Answer, or other response to Plaintiff's Complaint must be filed no later than January 29, 2015.

Date: _____                    _____
                                       The Honorable William Nickerson
                                       United States District Judge