# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL CRAIG MITCHELL, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**AEROTEK, INC., et al.**<br><br>Defendant. | **Case No. 14-CV-03691 (WMN)** |

## LOCAL RULE 111 SETTLEMENT NOTICE

The parties in the above action have agreed in terms to a settlement of all claims alleged in the above referenced matter. Accordingly, pursuant to Local Rule 111, the parties request that this Court enter an Order declaring this action dismissed without prejudice to the right of a party to move for good cause, within thirty (30) days to reopen this action if a final settlement is not consummated. If no party moves to reopen, parties request that this action be dismissed, with prejudice.

| | |
|---|---|
| June 15, 2015 | Respectfully submitted,<br><br>/s/ Steven Kaplan<br>Paul J. Kennedy (Fed. Bar No. 15447)<br>pkennedy@littler.com<br>Steven Kaplan (Fed. Bar No. 16531)<br>LITTLER MENDELSON, P.C.<br>1150 17th Street N.W., Suite 900<br>Washington, DC  20036<br>202.842.3400 Telephone<br>202.842.0011 Facsimile<br><br>Rod M. Fliegel (admitted pro hac vice)<br>rfliegel@littler.com<br>Alison S. Hightower (admitted pro hac vice)<br>ahightower@littler.com<br>LITTLER MENDELSON, P.C.<br>650 California Street, 20th Floor<br>San Francisco, CA 94108<br>415.433.1940 Telephone<br>415.399.8490 Facsimile<br><br>Counsel for Defendants<br>Aerotek, Inc. and Allegis Group, Inc. |

Firmwide:134096663.1 071691.1060

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Local Rule 111 Settlement Notice was served this 15th day of June, 2015, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Martin E. Wolf
    GORDON, WOLF & CARNEY CHTD
    102 W. Pennsylvania Avenue
    Suite 402
    Towson, MD 21204

    James A. Francis
    John Soumilas
    FRANCIS & MAILMAN, P.C.
    Land Title Building, 19th Floor
    100 South Broad Street
    Philadelphia, PA 19110

    Counsel for Plaintiff Michael Craig Mitchell

                                         /s/ Steven Kaplan
                                         Steven Kaplan